**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re

**Ralph Amos Fleshman**                                           Case No. **07-62381-WA1-13**

**Mary India Fleshman**                                           Chapter 13

    Debtor(s)

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the Debtor(s) on December 28, 2007, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order c of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Paragraph #1 of the Debtor's(s') plan is amended to provide for payments as follows: Pre-confirmation funds of $1,758.00 as of April 10, 2008, plus payments of $771.00/mo. for 60 months.  Total of plan payments to be $48,018.00.**

**Debtors' counsel shall submit an amended pay direct order within ten days of the date of entry of this order.**

**Trustee withdraws Motion to Dismiss.**

Date: 4/21/08

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee

United States Bankruptcy Judge

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.