# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In Re: **RALPH AMOS FLESHMAN**                    Case No: **07-62381-WA1-13**

**MARY INDIA FLESHMAN**
Debtor(s)                                                   Chapter 13

### TRUSTEE'S CERTIFICATION THAT CASE SHOULD BE DISMISSED

Comes now Herbert L. Beskin, Chapter 13 Trustee herein, and reports that this case should be dismissed for the following reasons and requests that this case be dismissed without further notice or opportunity for hearing.

__X__ 1.   The debtors have failed to pay plan payments to the Chapter 13 Trustee within the time directed by Order of this Court, entered on 01/12/2011. The estimated amount of default is $2,481.00 as of 07/05/2011.

_____ 2.   The debtor has failed to provide documentation to the Chapter 13 Trustee within the time directed by Order of this Court.

_____ 3.   The debtor has failed to file a plan or amended plan within the time directed by Order of this Court.

WHEREFORE, your Trustee requests that this case be dismissed without prejudice or that such other and further relief be granted.

Dated: July 6, 2011                         Respectfully submitted,
                                            Chapter 13 Trustee

/S/ Herbert L. Beskin
Herbert L. Beskin, Trustee
Office of the Chapter 13 Trustee
PO Box 2103, Charlottesville, VA 22902

### ORDER

The Trustee having filed the foregoing certification, the Debtor shall have twenty-one (21) days from the date of this Order to file with the Office of the Clerk of the Court a written response and request for hearing with a copy to the Trustee; otherwise the case shall be dismissed without further notice or hearing. It is further Ordered that the Trustee shall mail or electronically transmit a copy of this Order to the Debtor and Counsel for the Debtor within seven (7) days of the date of this Order.

Dated: 7/6/11                               _____
                                            United States Bankruptcy Judge

### CERTIFICATION OF SERVICE

I certify that I served a copy of the foregoing on the _____ day of _____, 2011 upon the Debtor and Counsel for the Debtor at the addresses listed on the mailing matrix in this case.

                                            _____
                                            Herbert L. Beskin, Trustee

Case 07-62381    Doc 72    Filed 07/06/11    Entered 07/06/11 08:50:08    Desc Main
              Document          Page 2 of 2